Derek JARVIS; Shirley J. Pittman, Plaintiffs—Appellants,

v.

GRADY MANAGEMENT, INCORPORATED; Duffie, Incorporated; April Lane Joint Venures; Montgomery County Government/Montgomery County Executive; Montgomery County Housing and Community Affairs Office; Montgomery County Attorney's Office, Defendants—Appellees.

No. 09–1836.

United States Court of Appeals, Fourth Circuit.

Submitted: Dec. 17, 2009.

Decided: Dec. 23, 2009.

Derek Jarvis, Shirley J. Pittman, Appellants Pro Se. John Benjamin Raftery, Offit Kurman, PA, Bethesda, Maryland; Edward Barry Lattner, County Attorney's Office, Rockville, Maryland, for Appellees.

Before WILKINSON, NIEMEYER, and AGEE, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Derek N. Jarvis seeks to appeal the district court's July 7, 2009, order denying numerous motions filed in Jarvis' 42 U.S.C. § 1983 (2006) action. On appeal, Jarvis objects from the portion of the court's order denying his motion to recuse the district judge from his case. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2006), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2006); Fed.R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order Jarvis seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*